1

2

3

4

5

6

7

8                                          Honorable Karen L. Strombom
                                           **Trial Date: 9/30/2010**

9
                             IN THE UNITED STATES DISTRICT COURT
10                        FOR THE WESTERN DISTRICT OF WASHINGTON

11
JAMIE ANDERSON, JACKIE ANDERSON,
12  and SHAE ANDERSON,                              No. 3:09-cv-5282 KLS

13              Plaintiffs,                         STIPULATION FOR & ORDER
                                                   OF DISMISSAL
14              vs.

15  KITSAP COUNTY, KITSAP COUNTY
    SHERIFFS DEPARTMENT, TIM PETERSON,
16  SERGEANT JIM WHITE and OXFORD
    SUITES AFFILIATION OF HOTELS,
17
                Defendants.
18
            IT IS HEREBY STIPULATED AND AGREED by and between the parties that the
19
    above-entitled matter has been fully settled and compromised and may be dismissed with
20
    prejudice and without costs.
21
            DATED this 8th  day of September,  2010.
22
                                        s/Clayton Ernest Longacre
23                                      CLAYTON ERNEST LONGACRE, WSB #21821
                                        Attorney for Plaintiff
24

25

26  STIPULATION FOR & ORDER OF DISMISSAL- 1           BURGESS FITZER, P.S.
    C:\Documents and Settings\phickey\Local Settings\Temp\notesC60E17\stip & order of   ATTORNEYS AT LAW
27  dismissal.wpd                                        1145 BROADWAY , SUITE 400
                                                       TACOMA, WASHINGTON 98402-3584
28                                                      (253) 572-5324    FAX (253) 627-8928

1

BURGESS FITZER, P.S.

2

By: s/ Gerrit J. Ayers

3 -

GERRIT J. AYERS, WSB #28309
Attorneys for Defendants Peterson &
Oxford Suites Affiliation of Hotels

4

5

### O R D E R

6

THIS MATTER coming on to be heard before the undersigned Judge of the above-

7

entitled court based upon the stipulation of the parties for dismissal, and the Court being fully

8

advised in the premises, it is

9

ORDERED that the above-entitled matter be and the same is hereby dismissed with

10

prejudice and without costs.

11

DATED this 20th day of October, 2010.

12

13

14

Karen L. Strombom
United States Magistrate Judge

15

16

PRESENTED BY:

17

BURGESS FITZER, P.S.

18

19

By: /S/_____

GERRIT J. AYERS, WSB #28309

20

Attorney for Defendants Peterson &
Oxford Suites Affiliation of Hotels

21

22

Copy received, approved as to form,
notice of presentment waived:

23

/S/_____

24

CLAYTON ERNEST LONGACRE, WSB #21821
Attorney for Plaintiffs

25

26

STIPULATION FOR & ORDER OF DISMISSAL- 2
C:\Documents and Settings\phickey\Local Settings\Temp\notesC60E17\stip & order of
dismissal.wpd

**BURGESS FITZER, P.S.**
ATTORNEYS AT LAW

27

1145 BROADWAY , SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928

28